UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case Number 10-13401

Plaintiff          Hon. Patrick J. Duggan

JULIA GOODEN

Defendant.

_____

## STIPULATED ORDER OF CONSENT JUDGMENT WITH PARTIAL PAYMENT PROVISION

It appearing to this court that the parties hereto have agreed to resolve the litigation

pending between them, and they have stipulated to the entry of the within Consent Judgment

With Partial Payment Provisions;

**IT IS ORDERED** that Judgment is hereby entered in favor of the UNITED STATES OF

AMERICA, and against JULIA GOODENT, in the amount of $1,466.09, plus $350.00 in costs for

a total judgment of $1,816.09, together with plus post judgment interest pursuant to 28 U.S.C.

1961.

**IT IS FURTHER ORDERED** that this judgment may be satisfied for the amount of

$1,362.00, plus post judgment interest pursuant to 28 U.S.C. 1061, in monthly installments of

$65.00 commencing on November 15, 2010 and continuing on the fifteenth of each month

thereafter until paid in full.  If the Defendant shall fail to make any payment within ten (10) days of

its due date, the installment payment provisions of this order may be set aside by Plaintiff's Affidavit

of Non-Compliance and the original judgment of $1,816.09 plus interest will be reinstated and the

Plaintiff may issue any process for the enforcement of this Judgment.  Defendant will be given

credit for payments received.

S/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  November 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 16, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case Number 10-13401
Plaintiff            Hon. Patrick J. Duggan

JULIA GOODEN

Defendant.
_____

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

The parties hereby agree and stipulate to entry of the above Judgment in favor of the United States.

s/Tamara Pearson P56265
CHARLES J. HOLZMAN P35625
TAMARA PEARSON P56265
HOLZMAN CORKERY, PLLC
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
usa@holzmanlaw.com


s/LaRue Davis
LaRue Davis P32668
Attorney for Defendant
UAW Ford Legal Services Plan
36129 E. Michigan
Wayne, MI  48184
(734) 721-5483
larueda@uawlsp.com

s/Julia Gooden
Defendant